

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2015

No. 04-15-00674-CV

Edgar **MARKWARDT**,
Appellant

v.

**CITY OF SAN ANTONIO**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-11416
Peter Sakai, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's order to a plea to the jurisdiction. The notice of appeal was filed on October 29, 2015. Accordingly, the clerk's record and reporter's record were due ten days later on November 9, 2015 — November 8, 2015 was a Sunday.[1] *See* TEX. R. APP. P. 26.1(b), 35.1(b) (requiring the clerk's record in an accelerated appeal to be filed within 10 days after the notice of appeal is filed). Neither the clerk's record nor reporter's record have been filed.

On November 23, 2015, the Clerk of this Court notified the trial court clerk and court reporter that each is responsible for timely filing his/her respective record, and that the record is late. The Clerk of this Court explained that if the record had not been filed because (1) the appellant had failed to pay or make arrangements to pay the fee, or (2) the appellant was not entitled to appeal without paying the fee, the trial court clerk or court reporter must file a notification of late record stating such fact within ten days. Otherwise, the Clerk of this Court warned that the record must be filed within ten days.

On November 24, 2015, the trial court clerk filed a notification of late record, stating the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee. On December 18, 2015, appellant filed written proof of payment for the clerk's record.

---

1 In an order dated November 30, 2015, we incorrectly stated the clerk's record was due November 13, 2015.

We, therefore, **ORDER** the trial court clerk to file the clerk's record in this court on or before **January 5, 2016**.

The court reporter, however, has not timely filed a notification of late record, nor has she filed the reporter's record. We, therefore, **ORDER** the court reporter, Rhonda Hogan, to file the reporter's record in this court on or before **January 5, 2016**. If the reporter's record is not received by such date, an order may be issued directing her to appear and show cause why she should not be held in contempt for failing to file the record.

We further **order** the clerk of this court to serve copies of this order on the trial court clerk, the court reporter, Ms. Rhonda Hogan, all counsel, and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2015.

_____
Keith E. Hottle
Clerk of Court